IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARKUS HUNTER, A-50324,**

    **Petitioner,**

v.

**MARCUS HARDY, Warden,**
Stateville Correctional Center,[1]

    **Respondent.**                                     **Case No. 11-cv-1065-DRH**

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Before the Court is petitioner Markus Hunter's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). Petitioner, a state prisoner, challenges his 1985, Cook County, Illinois conviction for armed robbery, battery, and home invasion. Petitioner alleges various claims of ineffective assistance of trial and appellate counsel. It is unclear from the face of petitioner's petition whether he has exhausted his state remedies, or whether his petition is timely, a matter which can be determined with the appropriate hearing.

**IT IS HEREBY ORDERED** that petitioner shall file an amended petition within thirty days of the entry of this Order, clarifying his claims and informing the Court whether he has previously filed any Section 2254 petitions in other

---

[1] Although petitioner has not met his obligation to keep the Court informed of his whereabouts, the Court has independently discovered that petitioner no longer resides at Tamms Correctional Center. Thus, Warden Marcus Hardy of Stateville Correctional Center is substituted as the respondent. *See* FED. R. CIV. P. 25(D).

districts, and if so, the disposition of those petitions. The petitioner shall also verify his current whereabouts so this Court can determine appropriate venue.

**IT IS FURTHER ORDERED** that respondent shall answer the petition or otherwise plead within thirty days of the date of the filing of petitioner's amended petition. This preliminary order to respond does not, of course, preclude the State from making whatever waiver, exhaustion, or timeliness arguments it may wish to present. Service upon the Illinois Attorney General, Criminal Appeals Bureau, 100 West Randolph, 12th Floor, Chicago, Illinois 60601 shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

**IT IS FURTHER ORDERED** that petitioner shall either pay the full filing fee of $5.00 for this action or file a motion to proceed *in forma pauperis* by **September 7, 2012**. Payment of the $5.00 filing fee shall be sent to: United States District Court, Clerk's Office, 750 Missouri Avenue, P.O. Box 249, East St. Louis, Illinois, 62201. At the time payment is made, petitioner's name and the case number assigned to this action shall be clearly identified. Should

petitioner fail to comply with this Order, this case may be dismissed. *See* Fed. R. Civ. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051, 1056-57 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466, 468 (7th Cir. 1994).

Petitioner is **AGAIN ADVISED** of his continuing obligation to keep the Clerk (and each opposing party) informed of any change in his whereabouts during the pendency of this action. This notification shall be done in writing and not later than seven days after a transfer or other change in address occurs. Failure to provide such notice may result in dismissal of this action. *See* FED. R. CIV. P. 41(b). As the Court has independently determined that petitioner has changed addresses, the Clerk is instructed to send this Order to Stateville Correctional Center, P.O. Box 112, Joliet, IL 60434.

**IT IS SO ORDERED.**

Signed this 9th day of August, 2012.

David R. Herndon
2012.08.09
05:39:42 -05'00'

**Chief Judge**
**United States District Court**