**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**MARKUS HUNTER,**

      **Petitioner,**

**v.**

**MARCUS HARDY,**

      **Respondent.**            **Case No. 11-cv-1065-DRH-SCW**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

    This matter comes before the Court for purposes of case management. This Court's Order dated August 9, 2012, directed petitioner to pay his $5.00 for this action or file a motion to proceed *in forma pauperis* by September 7, 2012. Petitioner was directed to send his fee to United States District Court, Clerk's Office, 750 Missouri Avenue, P.O. Box 249, East St. Louis, Illinois, 62201. The Court warned that failure to comply with its Order could result in dismissal of this action. Petitioner has failed to pay his $5.00 fee by the time allotted. Accordingly, petitioner must pay his $5.00 fee and show good cause for his failure to timely comply with this Court's Order by **Monday, October 1, 2012**, or the Court shall dismiss this action.

      **IT IS SO ORDERED.**
      Signed this 17th day of September, 2012.

Digitally signed by David R. Herndon
Date: 2012.09.17 14:48:02 -05'00'

**Chief Judge
United States District Judge**